# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-399
_____

ARTHUR W. FOLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Suwannee County.
David W. Fina, Judge.

June 13, 2018

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and LEWIS and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Arthur W. Foley, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee; Sheron Wells, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Appellee.